ACCEPTED
01-15-00285-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
10/16/2015 5:34:02 PM
CHRISTOPHER PRINE
CLERK

## No. 01-15-00285-CV

**IN THE
FIRST COURT OF APPEALS
HOUSTON, TEXAS**

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
10/16/2015 5:34:02 PM
CHRISTOPHER A. PRINE
Clerk

JACKIE ANDERSON, PATRICK COCKERHAM, DIANN BANKS, HERBERT LENTON, and MABLE CALEB,

Plaintiff-Appellants

v.

TERRY GRIER, SUPERINTENDENT OF THE HOUSTON INDEPENDENT SCHOOL DISTRICT,

Defendant-Appellee

Appeal from the 164th Judicial District of Harris County;
Trial Court Cause No. 2010-21712 (Hon. Alexandra Smoots-Hogan)

**APPELLANTS' OPPOSED THIRD MOTION FOR EXTENSION OF TIME
TO FILE THE APPELLANTS' BRIEF
UNTIL AND THROUGH MONDAY, OCTOBER 19, 2015**

Laurence W. Watts
State Bar No. 20981000
P.O. Box 2214
Missouri City, Texas 77459
Tel (281) 431-1500
Fax (877) 797-4055
Email: wattstrial@gmail.com
Appellants' Counsel

**No. 01-15-00285-CV**

**IN THE**

**FIRST COURT OF APPEALS**

**HOUSTON, TEXAS**

---

JACKIE ANDERSON, PATRICK COCKERHAM, DIANN BANKS, HERBERT LENTON, and MABLE CALEB,

Plaintiff-Appellants

v.

TERRY GRIER, SUPERINTENDENT OF THE HOUSTON INDEPENDENT SCHOOL DISTRICT,

Defendant-Appellee

---

**APPELLANTS' OPPOSED THIRD MOTION FOR EXTENSION OF TIME TO FILE THE APPELLANTS' BRIEF UNTIL AND THROUGH MONDAY, OCTOBER 19, 2015**

---

TO THE HONORABLE JUSTICES OF THE COURT OF APPEALS:

Come Now the Plaintiff-Appellants Jackie Anderson, Patrick Cockerham, Diann Banks, Herbert Lenton, and Mable Caleb, (hereafter referred to collectively as "Appellants"), and file this their Opposed Third Motion for Extension of Time to File the Appellants' Brief Until and Through Monday, October19,2015, and for cause would respectfully show the following:

## I.

1. Appellants brought this suit against Defendant-Appellee, Doctor Terry Grier, Superintendent of Houston Independent School District (hereafter referred to as "Appellee").

2. Appellants' undersigned attorney ("Watts") suffered a third myocardial infarction, was hospitalized and experienced invasive heart procedures on December 1,and February 7, 2015.

3. On February 27, 2015, the trial court signed an order granting Appellee's Plea to the Jurisdiction and dismissing the Appellants' claims.

4. Appellants timely filed their Notice of Appeal to this Court on March 25, 2015.

## II.

5. The original deadline for filing Appellants' brief was August 19, 2015; however, for a number of reasons, and due to no fault of the Appellants themselves, the Appellants' brief was not timely filed.

6. Appellants filed an unopposed motion for leave to file out of time and for extension of time to file the Appellants' brief. The Court granted the Motion and extended the time for filing Appellants' brief until September 25, 2015.

   a. Appellants respectfully requested a second extension of time by twenty-one (21) days until October 16, 2015, to file their brief, and for exigent and

3

necessary reasons, and same was granted, because on September 2, 2015, Watts was admitted to Methodist Hospital-Sugar Land because of a cardiac sinus rhythm relapse.

b. Watts was released from the hospital on September 5, 2015, on a medical regimen in preparation for a third invasive heart procedure which occurred on October 6, 2015.

c. In the meantime, Watts' wife was suddenly admitted to Methodist Hospital-Sugarland Heart Center on September 14, 2015, and then underwent surgery on September 22, 2015.

d. After being hospitalized for the heart surgery on October 6, 2015, Watts was returned to full duties on October 12, 2015.

e. Between October 11, 2015 and October 16, 2015 (3:30 pm) (approximate time of this motion) in addition to preparing subject Appellants' brief herein, Watts has been engaged in the following professional activities caused by the congested scheduling brought on by his recent illness: one federal appeal brief, multiple responses to court ordered (state and federal) filings and dispositive motions, conducted approximately 11.5 hours of depositions in a federal case, mediated 6 cases with the City of Beaumont, in Beaumont , Texas, a contested hearing in the 58th District Court, Jefferson County, Texas, and a hearing in the 80th District Court of Harris

4

Count, Texas.

f. All of this is to say, that Watts does not seek this delay for delay alone but that for reasons beyond his control, Watts' production of Appellant's brief has been delayed, and he seeks this extra business day extension, through Monday, October 19,2015 in order that justice be done.

### III. **Conference**

7. On October 16, 2015, Plaintiff's counsel conferred with opposing counsel of record, Mr. John Hopkins, who stated that the Appellees are opposed to this Motion.

### **CONCLUSION & PRAYER**

8. WHEREFORE, Appellants respectfully pray that the Honorable Court grant this Motion and a second extension of time to file the Appellants' brief by one (1) day, until and through October 19, 2015.

9. This Motion is not made for delay alone but that justice be done.

Respectfully submitted,
WATTS & COMPANY LAWYERS, LTD.
/s/ *Larry Watts*

Laurence ("Larry") Watts
State Bar No. 20981000
P.O. Box 2214
Missouri City, Texas 77459
Tel (281) 431-1500
Fax (877) 797-4055
wattstrial@gmail.com
ATTORNEYS FOR PLAINTIFF-APPELLANTS

5

## VERIFICATION

I, Larry Watts, hereby verify that any and all facts stated herein that are not contained in the record are true and correct based on my personal knowledge, under penalty of perjury.

October 16, 2015      /s/ *Larry Watts*
**Date**      Laurence ("Larry") Watts

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of October 2015, a true and correct copy of the foregoing document and attachments were served on opposing counsel(s) of record by e-service, if available, and/or by facsimile transmission, to:

Arturo Michel
amichel@thompsonhorton.com

John Hopkins
jhopkins@thompsonhorton.com

Thompson & Horton LP
3200 Southwest Freeway, Suite 2000
Houston, Texas 77027

/s/ *Larry Watts*
Laurence ("Larry") Watts

## CERTIFICATE OF CONFERENCE

I, Larry Watts, hereby certify that on the 16th day of October 2015, I conferred with opposing counsel of record, Mr. John Hopkins, who stated that Appellee opposes this Motion and requested extension of time to file Appellants' brief.

/s/ *Larry Watts*

6

Laurence ("Larry") Watts